# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARY KOHZAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | No. SA CV 06-925-JVS (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Plaintiff's request for remand is granted.
3. The decision of the Commissioner is reversed.
4. This action is remanded to defendant for further proceedings.

/

/

1 | 5. Judgment shall be entered consistent with this order.
2 | 6. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: March 3, 2009

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE