1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10                              **WESTERN DIVISION**

11

12   MARY KOHZAD,                      )      No. SA CV 06-925-JVS (PLA)
                                        )
13                    Plaintiff,        )
                                        )      **JUDGMENT**
14             v.                       )
                                        )
15   MICHAEL J. ASTRUE,                 )
     COMMISSIONER OF THE SOCIAL         )
16   SECURITY ADMINISTRATION,          )
                                        )
17                    Defendant.        )
     _____)

18

19        Pursuant to the order adopting the magistrate judge's report and recommendation,

20   IT IS ADJUDGED that the decision of the defendant, the Commissioner of Social Security

21   Administration, is reversed and this case is remanded for further administrative proceedings.

22

23

24   DATED: March 3, 2009                    _____
                                              HONORABLE JAMES V. SELNA
25                                            UNITED STATES DISTRICT JUDGE

26

27

28